GEORGIANA L. CUSHMAN, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents.

MICHAEL J. DUFFY et al., Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents.

ELMORE T. WILLSEA et al., Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents.

*Real property — riparian rights — railroads — title to riparian rights in and over ungranted lands under Hudson river at Tarrytown.*

*Cushman* v. *N. Y. C. R. R. Co.*, 188 App. Div. 899, affirmed.
*Duffy* v. *N. Y. C. R. R. Co.*, 188 App. Div. 899, affirmed.
*Willsea* v. *N. Y. C. R. R. Co.*, 188 App. Div. 901, affirmed.
(Argued May 10, 1921; decided June 7, 1921.)

APPEAL, in each of the above-entitled actions, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 21, 1919, unanimously affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.   The actions were brought for the purpose of obtaining an adjudication that appellants are the owners, by reason of their ownership of uplands, of riparian rights in and over ungranted lands below the ordinary high-water mark of the Hudson river at Tarrytown.   The Special Term decided that the three appellants were not riparian owners but that the respondent New York Central Railroad Company was owner of the riparian rights in question.

*Joseph B. Thompson* and *Henry W. Hill* for appellants.
*George H. Walker, Crosby J. Beakes* and *Alexander S. Lyman* for New York Central Railroad Company, respondent.

*Ernest P. Hoes* and *Charles D. Millard* for Village of · Tarrytown, respondent.

*Charles D. Newton, Attorney-General (Edward H. Leggett* of counsel), for State of New York.

Judgment in each case affirmed, with costs; no opinion. Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.